IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                           CASE NO: 3:01cr82-005

TAVARIS ANDERSON,
    Defendant.
_____/

### ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from 211 months to 105 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 4 December 2001 shall remain unchanged.

**ORDERED** this 21st day of May 2007.

                                                                       *s/L.A. Collier*
                                                                  LACEY A. COLLIER
                                                Senior United States District Judge